UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
JOSEPH A. RIGANO,
:
            Plaintiff,                      07 Civ. 10282 (WHP)
:
          -against-                    ORDER REFERRING CASE
:                                        TO MAGISTRATE JUDGE
MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL        :
SECURITY,
:
            Defendant.
:
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement* | _X_ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ All such motions: ____ |

==========================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: December 10, 2007
       New York, New York

                                           _____
                                           UNITED STATES DISTRICT JUDGE
                                           WILLIAM H. PAULEY III

*Copies mailed to:*

Charles E Binder, Esq.
Binder and Binder. P.C.
215 Park Avenue South
6th Floor
New York, NY 10003
*Counsel for Plaintiff*

Hon. Henry B. Pittman