USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-20-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
 : 
JOSEPH A. RIGANO
 :
        Plaintiff,        07 Civ. 10282 (WHP)(HBP)
 :
    -against-             SCHEDULING
 :                        ORDER
MICHAEL J. ASTRUE, Commissioner of
Social Security          :

        Defendant.        :

------------------------------------X

   PITMAN, United States Magistrate Judge:

   Plaintiff commenced this action on November 23, 2007 seeking review of a decision of the Social Security Administration denying benefits. Defendant filed his answer on or about May 8, 2008. However, to date, neither party has moved for judgment on the pleadings.

   No later than July 8, 2008, both plaintiff and Defendant are directed to serve and file their motions for judgment on the pleadings.

Dated: New York, New York
       May 13, 2008

                                SO ORDERED

                                _____
                                HENRY PITMAN
                                United States Magistrate Judge

MICROFILMED MAY 2 3 2008 -12 00 PM

Copies Mailed To:

Charles E. Binder, Esq.
215 Park Avenue South
6th Floor
New York, New York 10003

John E. Gura, Esq.
Assistant United States Attorney
86 Chambers Street
3rd. Floor
New York, New York 10007