USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-7-08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 3, 2008

By Fax

Hon. Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

*THE SCHEDULE PROPOSED HEREIN IS APPROVED*

SO ORDERED

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-7-08

    Re: <u>Joseph Rigano v. Astrue</u>
        07 Civ. 10282 (WHP)(HBP)

Dear Judge Pitman:

    This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully on behalf of the parties to propose a new scheduling order and to request an extension of the current briefing schedule.

    The parties' briefs in support of cross-motions for judgment on the pleadings are now due July 3, 2008. Counsel for the parties have conferred and respectfully request that the Court approve the following schedule:

    Plaintiff will move for judgment on the pleadings by July 8, 2008.

    Defendant will cross-move for judgment on the pleadings by August 8, 2008.

    Plaintiff's reply, if any, is due by August 22, 2008.

    No previous adjournments of the briefing scheduling have been sought.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Charles E. Binder, Esq.
    (By Mail)