USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

September 5, 2008

**By Fax**

Hon. Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re: <u>Joseph Rigano v. Astrue</u>
07 Civ. 10282 (WHP)(HBP)

Dear Judge Pitman:

This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully, with the consent of plaintiff's counsel, to request an extension of the current briefing schedule.

Under the current schedule, defendant's brief in support of a cross-motion for judgment on the pleadings is due by September 8, 2008, and defendant's reply, if any, was due on September 22, 2008. The Social Security Administration continues to review this matter, which could result in a change of the defendant's litigation position in this action. Because this matter may be settled without the need for further litigation, we respectfully request that the Court adopt the following proposed briefing schedule:

1) Defendant shall serve a cross-motion for judgment on the pleadings by October 10, 2008;

2) Plaintiff's reply, if any, is due by October 24, 2008

Plaintiff's counsel has consented to this request. This is the second request for an adjournment of the briefing schedule.

*THE SCHEDULE PROPOSED HEREIN IS APPROVED.*

**SO ORDERED**

*[signature]*

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-8-08

      We apologize for the delay in making this request and thank the Court for its attention to this matter.

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney

                    By: _____
                            JOHN E. GURA, JR.
                            Assistant United States Attorney
                            Telephone: (212) 637-2712
                            Fax: (212) 637-2750

cc: Charles E. Binder, Esq.
    (By Fax)